1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant DREW
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   No. CR-10-0571 BZ
                                    )
11            Plaintiff,             )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO CONTINUE SENTENCING
12     v.                            )   HEARING
                                    )
13 CHRISTINA DREW,                  )
                                    )
14            Defendant.             )
                                    )
15

16     The parties jointly request that, subject to the Court's approval, the sentencing hearing,

17 presently set for January 19, 2011 be continued to January 21, 2011 at 9:30 am.

18     On October 20, 2010, defendant Christina Drew pleaded guilty to one count of driving

19 under the influence of alcohol. At that time, the Court scheduled the sentencing hearing for

20 January 19, 2011. Ms. Drew has since learned that has a work conflict on that day and requests

21 that the sentencing hearing be continued.

22 ///

23 ///

24 ///

25 ///

26 ///

*US v. Drew*, CR-10-0571 BZ;
STIP & [PROPOSED] ORD. TO CONT. SENT          1

1  Accordingly, the parties jointly request that this Court continue the sentencing hearing to
2  January 21, 2011 at 9:30 am.
3  IT IS SO STIPULATED.

4
   December 21, 2010                           /s/
5  DATED                                       ACADIA SENESE
                                               Assistant United States Attorney
6

7
   December 21, 2010                           /s/
8  DATED                                       JODI LINKER
                                               Assistant Federal Public Defender
9

10 IT IS SO ORDERED.

11

12 21 Dec 2010
   DATED                                       BERNARD ZIMMERMAN
13                                             United States Magistrate Judge